City of Punta Gorda, a municipal corporation, Appellant, v. George F. Cook, A. K. Smith, Bank of Bay Biscayne, a corporation, George S. Stone, Minnie A. Stone, L. Oliver, J. R. Hurton, trading as Punta Gorda Lumber Yard, E. W. Smith, Norman C. Hewitt, and Clarence W. Hewitt, Trading as Hewitt Bros., and S. F. J. Trabue, as Master in Chancery, Tampa Laundry & Machine Company, a corporation, and American Agricultural Chemical Company, a corporation, appellees.

An Appeal from the Circuit Court for Charlotte County.

Appeal dismissed on motion of counsel for Appellant.

*J. H. Hancock* and *Hampton, Bull & Pencke,* for Appellant.

---

James A. Neeley, Appellant, v. Annie E. Neeley, Appellee.

An Appeal from the Circuit Court for Suwannee County.

Appeal dismissed on motion of counsel for Appellee.

*A. Lee Humphreys,* for Appellant;

*A. E. Leslie* and *H. E. Carter,* for Appellee.

---

Crosby Bush and Sam Bass, Plaintiffs in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Criminal Court of Record for Orange County.